```
 1  VICKI H. YOUNG
    Law Offices of Vicki H. Young
 2  706 Cowper Street, Suite 205
    Palo Alto, California 94301
 3
    Telephone (415) 421-4347
 4
    Counsel for Defendant Ned Roscoe
 5
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00373 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING |
| vs. | ) | [] ORDER |
| | ) | |
| NED ROSCOE, et.al. | ) | |
| | ) | |
| Defendants. | ) | |

It is hereby stipulated between the United States of America, by and through Assistant United States Attorneys Eumi Choi and Grant Fondo, and defendants Ned Roscoe and John Roscoe, by and through their respective counsel, that the sentencing date of December 14, 2011, be continued to February 1, 2012 at 10:00 a.m.

1. The draft PSR was released on November 17, 2011, which is less than 35 days before the current sentencing date of December 14, 2011. F.R.Cr.P. 32(b)(6)(A) requires that the draft presentence report be furnished to the defendant and defendant's counsel not less than 35 days before the sentencing hearing, unless the defendant waives the minimum period.

2. The government opposes another continuance of defendants' sentencing. However, defendants are not willing to shorten their time to file their objections to the presentence report or their time to file their sentencing memorandum.

STIP AND [] ORDER

- 1 -

1       3. Given the above, and the parties' schedules and the intervening holidays, the parties agreed to a continuance to February 1, 2012, and the following proposed briefing schedule as follows:

Objections to draft presentence report due on December 43. 2011.

Final Presentence Report will be released on January 45, 2012.

Sentencing Memorandum will be filed on February 3, 2012.

Sentencing Hearing set for February 1, 2012.

The parties agree that Ned Roscoe and John Roscoe should be sentenced on the same day, therefore John Roscoe's sentencing date should also be continued to February 1, 2012 at 10:11 a.m.

USPO Benjamin Flores has been advised of this request and has no objection.

It is so stipulated.

Dated: December 5, 2011                        Respectfully submitted,

                                                                  /s/ Vicki H. Young
                                                                    VICKI H. YOUNG, ESQ.
                                                                    Attorney for Ned Roscoe

Dated: December 5, 2011                        /s/ Peter Leeming
                                                                    PETER LEEMING, ESQ.
                                                                    Attorney for John Roscoe

Dated: December 5, 2011                        MELINDA HAAG
                                                                      UNITED STATES ATTORNEY

Dated: December 5, 2011                        /s/ Grant Fondo
                                                                    GRANT FONDO
                                                                    Assistant United States Attorney

STIP AND [] ORDER

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **[ ORDER]** |
| 4 | GOOD CAUSE APPEARING THEREFOR, the sentencing date for Ned and John Roscoe is |
| 5 | continued to Hgdtwct{": ."4234, at 32:00 c.m. |
| 6 | IT IS SO ORDERED. |
| 7 | DATE: FGÐĐFF |

*Ronald M. Whyte*
RONALD M. WHYTE
Senior United States District Judge

STIP AND [] ORDER