MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    daniel.kaleba@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 07-00373 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING FORM 12 HEARING FROM OCTOBER 17, 2013 TO NOVEMBER 7, 2013 |
| v. | |
| JOHN ROSCOE, | |
| Defendant. | |

The defendant, JOHN ROSCOE, represented by Peter Leeming, Esquire, and the government, represented by Daniel Kaleba, Assistant United States Attorney, jointly stipulate and request that the revocation hearing scheduled for October 17, 2013 at 1:30 p.m. be continued to November 7, 2013 at 1:30 p.m. Good cause exists for the continuance. On October 15, 2013, counsel for Mr. Roscoe, produced to the United States Probation Office and the U.S. Attorney copies of his personal the 2012 federal, California, and Idaho income tax returns. These returns are voluminous, and the Probation Officers, through the undersigned, request additional time to review these materials prior to the revocation hearing.

//

STIP. AND [] ORDER
Case No. CR 07-00373 RMW

1 | Therefore, the parties jointly stipulate and request that the revocation hearing be continued to
2 | November 7, 2013 at 1:30 p.m.

4 | DATED: October 15, 2013

_____/s/_____
DANIEL KALEBA
Assistant United States Attorney

7 | DATED: October 15, 2013

_____/s/_____
PETER LEEMING
Counsel to John Roscoe

Based upon the representation of counsel and for good cause shown, the Court continues the revocation hearing from October 17, 2013 at 1:30 p.m. to November 7, 2013 at 1:30 p.m.

DATED: _____

_Ronald M. Whyte_
HON. RONALD M. WHYTE
United States District Judge

STIP. AND [] ORDER
Case No. CR 07-00373 RMW